IN RE: Khamla SIHABOUTH and Manysay Sihabouth, Debtors,

Khamla Sihabouth and Manysay Sihabouth, Appellants,

v.

Bank of New York Mellon Corp., FKA The Bank of New York, As Trustee For Certificate holders of CWALT, Inc., Alternative Loan Trust 2006–0C6, Mortgage Pass–Through Certificates, Series 2006–0C6, Appellee.

No. 14–60046

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 5, 2016 San Francisco, California

FILED July 13, 2016

Clark Dwayne Nicholas, Attorney, Clark D. Nicholas, Attorney at Law, Redding, CA, for Appellants

Bernard Kornberg, Attorney, Jan T. Chilton, Attorney, Severson & Werson APC, San Francisco, CA, for Appellee

Before: BERZON, and N.R. SMITH, Circuit Judges, and ZOUHARY,* District Judge.

## MEMORANDUM **

The judgment of the Bankruptcy Appellate Panel is **AFFIRMED** for the reasons set forth in its July 2, 2014 Memorandum.

---

* The Honorable Jack Zouhary, United States District Judge for the Northern District of Ohio, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.